IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACIE DOTSON & LINDSEY MURPHY,

      Plaintiffs,                                No. CIV-S-10-3484 KJM DAD

      vs.

METROCITI MORTGAGE LLC, et al.,      ORDER AND ORDER TO SHOW CAUSE
                                                                 RE: SANCTIONS
      Defendants.
_____/

        The hearing on Defendant's Motion to Dismiss (ECF 5) is continued to April 6, 2011 at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than March 7, 2011.  The defendant may file and serve a reply on or before March 14, 2001.

        Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).  Plaintiff's counsel shall file his response to the order to show cause on or before March 7, 2011.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion to dismiss.

/////

/////

1         The Clerk of Court is directed to serve a copy of this order by mail on Plaintiff's
2 counsel.
3         IT IS SO ORDERED.
4 DATED: February 25, 2011.

                                           UNITED STATES DISTRICT JUDGE

2/dots3484.osc