IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACIE DOTSON & LINDSEY MURPHY,

    Plaintiffs,

vs.

METROCITI MORTGAGE LLC, et al.,

    Defendants.

No. CIV-S-10-3484 KJM DAD

ORDER AND ORDER TO SHOW CAUSE

On October 26, 2011, defendant BAC Home Loan Servicing filed a motion to dismiss the second amended complaint, setting the hearing for December 14, 2011. Plaintiffs have not opposed the motion.

IT IS THEREFORE ORDERED that:

1. The December 14, 2011 hearing on the motion to dismiss (ECF No. 21) is vacated; and

2. Plaintiffs are directed to show cause, within fourteen days of the date of this order, why the action should not be dismissed for their failure to prosecute.

DATED: December 12, 2011.

    _____
    UNITED STATES DISTRICT JUDGE